UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WILLIAMS,

    Plaintiff,

v.                                            CASE NO. 8:18-cv-1125-T-23CPT

RICHARD NUGENT, et al.,

    Defendants.
_____/

## **ORDER**

Appearing *pro se*, James Williams sues (Doc. 1) a former employer and several government employees. Although difficult to understand, the 43-page complaint appears to allege several massive conspiracies to discriminate based on race against Williams and other unidentified African Americans. In a thorough report and recommendation (Doc. 10), the magistrate judge recommends dismissing the complaint for frivolity and for failure to state a claim, denying without prejudice William's motion for leave to proceed *in forma pauperis*, and denying Williams's motions to "change venue." More than fourteen days after the report and recommendation, Williams submits no objection.

The report and recommendation (Doc. 10) is **ADOPTED**. The complaint (Doc. 2) is **DISMISSED** for failure to state a claim, the motion (Doc. 2) for leave to proceed *in forma pauperis* is **DENIED WITHOUT PREJUDICE**, and the motions

(Docs. 3 and 6) to "change venue" are **DENIED**.  No later than **AUGUST 31, 2018**, Williams may amend the complaint.[*]  If Williams elects to amend the complaint, Williams must move again for leave to proceed *in forma pauperis*.  The failure to timely amend the complaint will result in the dismissal of this action without further notice for failure to prosecute.

ORDERED in Tampa, Florida, on August 2, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] If Williams prefers to litigate elsewhere, Williams can voluntarily dismiss this action under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, and can sue in a different venue.